In the Matter of the Claim of MARJA STANCZAK, Respondent, against THE BROOKLYN UNION GAS COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— On October 15, 1928, deceased employee, while engaged in the regular course of his employment, was overcome by illuminating gas. There is competent medical evidence to sustain the finding of the Industrial Board that the accidental injuries sustained by deceased caused him to suffer myocarditis which in turn resulted in his death on November 27, 1931. Award unanimously affirmed, with

costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.